

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Martin Water Midstream, LLC and, Corsican Holdings, LLC,

* From the 118th District Court of Martin County, Trial Court No. 7842.

Vs. No. 11-22-000217-CV

* September 15, 2022

Strain Family Limited Partnership; EJCM Strain, L.L.C.; Edd Homan Strain; Caddo Oaks, L.L.C.; Jerry Dell Haggerton; Larry Strain; and Commodore Midstream Partners, LLC,

* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered the unopposed motion to dismiss this interlocutory appeal filed by Martin Water Midstream, LLC and Corsican Holdings, LLC, and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.